Fill in this information to identify your case:

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____   Chapter   __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Secur O&G LLC** |
| 2. | All other names debtor used in the last 8 years Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-4103298** |

4. Debtor's address

**Principal place of business**

**160 Industrial Park Rd**
**Friendly, WV 26146**
Number, Street, City, State & ZIP Code

**Tyler**
County

**Mailing address, if different from principal place of business**

**409 Broad St Ste 250**
**Sewickley, PA 15143**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Secur O&G LLC** | Case number (*if known*) |
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Secur O&G LLC**
_____     Case number (*if known*) _____
          Name

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    **Secur O&G LLC**
　　　　　Name

Case number (*if known*) _____

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/27/2020
　　　　　　　　MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Tim Wegener**
Printed name

Title    **Manager**

---

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  5/29/2020
　　　　MM / DD / YYYY

**Andrew S. Nason**
Printed name

**Pepper and Nason**
Firm name

**8 Hale St**
**Charleston, WV 25301**
Number, Street, City, State & ZIP Code

Contact phone    **304-346-0361**    Email address    **tinas@peppernason.com**

**#2707 WV**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Secur O&G LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF WEST VIRGINIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BBU Services of WV, LLC PO Box 169 Kenna, WV 25248 | | Transportation | | | | $45,065.48 |
| BSI Well Service 1734 Raccoon Run Rd Salem, WV 26426 | | Transportation | | | | $77,105.00 |
| Cedar Mountain Environmental Inc 2028 Fort Union Blvd Ste 102 Salt Lake City, UT 84121 | | Container rentals | | | | $77,436.00 |
| Central Environmental Services, LLC PO Box 1366 Parkersburg, WV 26102 | | Water disposal | | | | $136,378.32 |
| DeepRock Disposal Solutions, LLC 637 SR 821 Complex 1 Bldg 1 Marietta, OH 45750 | | Water disposal | | | | $211,674.98 |
| E-Tank Ltd 3150 Millennium Blvd SE Massillon, OH 44646 | | Container rentals | | | | $42,268.25 |
| ET Energy Transportation PO Box 430 Bridgeport, WV 26330 | | Transportation | | | | $43,897.50 |
| Fountain Quail Energy Service PO Box 634 Jane Lew, WV 26378 | | Water disposal | | | | $291,632.31 |

Debtor   **Secur O&G LLC**
_____
Name

Case number *(if known)*   _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hall Drilling LLC** 1137 E Washington Ave Ellenboro, WV 26346 | | **Transportation & disposal** | | | | $300,000.24 |
| **Legacy Texas Bank** 5949 Sherry Lane Ste 600 Dallas, TX 75225 | | **Liabililty as guarantor of revolving credit note of Secur LPT LLC** | | | | $2,463,480.68 |
| **PermaFix Environmental Svcs** c/o PNC Bank PO Box 676390 Dallas, TX 75267 | | **Onsite lab services** | | | | $372,321.34 |
| **Ryan Environmental Transport** 5793 W Veterans Memorial Hwy Ste 101 Bridgeport, WV 26330 | | **Roll-off truck & driver** | | | | $53,414.40 |
| **Sahara/Springs** 110 James St Hinton, WV 25951 | | **Decanter leasing** | | | | $306,669.15 |
| **Solo Construction, LLC** PO Box 544 Saint Marys, WV 26170 | | **Solids transportation for disposal** | | | | $108,015.00 |
| **Southeastern Equipment Co Inc** PO Box 536 Cambridge, OH 43725 | | **Equipment rental & repairs** | | | | $108,533.41 |
| **Sugarcreek Shavings LLC** 3121 Winklepeck Rd NW Sugarcreek, OH 44681 | | **Sawdust purchase** | | | | $63,050.00 |
| **Summit Transport & Environmental Inc** PO Box 746 Weston, WV 26452 | | **Solids transportation** | | | | $108,642.68 |
| **United Rentals (North America), Inc** PO Box 100711 Atlanta, GA 30384 | | **Container rentals** | | | | $122,332.13 |
| **Wetzel County Landfill** PO Box 7190 Audubon, PA 19407 | | **Landfill solids disposal** | | | | $286,997.67 |

Debtor   __Secur O&G LLC_____          Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Williams Scotsman Inc PO Box 91975 Chicago, IL 60693** | | **Office trailer rentals** | | | | $47,598.27 |

## United States Bankruptcy Court
### Southern District of West Virginia

In re   Secur O&G, LLC.

Debtor(s)

Case No.

Chapter     11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Tim Wegener**, declare under penalty of perjury that I am the **Manager** of **Secur O&G, LLC.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 27th day of _May_ , 20 20 .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Tim Wegener, Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Tim Wegener, Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Tim Wegener, Manager** of this Corporation is authorized and directed to employ **Andrew S. Nason**, attorney and the law firm of **Pepper and Nason** to represent the corporation in such bankruptcy case."

Date   5/27/20

Signed   _[signature]_  , Manager
**Tim Wegener**

Resolution of Board of Directors
of
**Secur O&G, LLC.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Tim Wegener, Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Tim Wegener, Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Tim Wegener, Manager** of this Corporation is authorized and directed to employ **Andrew S. Nason**, attorney and the law firm of **Pepper and Nason** to represent the corporation in such bankruptcy case.

Date  5/27/20          Signed _____ , Manager

Date _____          Signed _____

# United States Bankruptcy Court
## Southern District of West Virginia

In re   **Secur O&G LLC** _____

                             Debtor(s)

Case No. _____

Chapter   **11**_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Secur O&G LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

5/29/2020

_____
Date

**Andrew S. Nason**
_____
Signature of Attorney or Litigant
Counsel for  **Secur O&G LLC**
_____
**Pepper and Nason**
**8 Hale St**
**Charleston, WV 25301**
**304-346-0361 Fax: 304-346-1054**
**tinas@peppernason.com**

**Fill in this information to identify the case:**

Debtor name **Secur O&G LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. | Cash on hand | | $13,633.33 |

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Rent on trailers | | | $1,388.00 |
| 3.2. | Delivery & Removal chgs for trailer rentals | | | $21,068.35 |

4. Other cash equivalents *(Identify all)*

| 5. | Total of Part 1. | $36,089.68 |
| --- | --- | --- |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
Description, including name of holder of deposit

| 7.1. | Equipment lease | $45,900.00 |
| --- | --- | --- |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Secur O&G LLC | Case number *(If known)* |
|---|---|---|
| | Name | |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$45,900.00

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:     226,451.67     -     150,000.00     = ....     $76,451.67
                          face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$76,451.67

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Office equipment** | $6,085.74 | | $2,000.00 |

Debtor    **Secur O&G LLC**
_____    Case number *(if known)* _____
Name

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                       | $2,000.00 |
       Add lines 39 through 42. Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **See listing IAC Appraisal next page** | $0.00 | | $97,980.00 |

51.    **Total of Part 8.**                                                                       | $97,980.00 |
       Add lines 47 through 50. Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other | Nature and extent of debtor's interest | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

# Appraisal Without Inspection (Desktop)
## Business Personal Property

### Forced Liquidation Value
### and
### Scrap Value

Appraisal Of:

## Ben's Runs Industrial Park
**160 Industrial Park Road**
**Friendly, West Virginia 26146**

**Effective Date: March 30, 2020**

**Prepared by:**



Mr. David H. Newman, AM, Senior Appraiser



Two Gateway Center, 603 Stanwix St.
Pittsburgh, PA 15222 800-245-2718
www.indappr.com

# Appraisal Without Inspection (Desktop)
## Business Personal Property

Forced Liquidation Value
And
Scrap Value

## **Table of Contents**

| | Page |
|---|---|
| Scope of Work | 1 |
| Inspection and Verification | 2 |
| Effective Date | 2 |
| Value Defined | 2 |
| Valuation Methodology | 3 |

- Cost Approach
- Market Approach
- Income Approach

| | |
|---|---|
| Valuation Process and Resources | 4 |
| Statement of Limiting Conditions | 5 |
| Value Conclusion | 6 |
| Certification | 7 |
| Qualifications | 8 |
| Appraisal Asset Class Codes | 9 |
| Appraisal Summary by Building | 10 |
| Appraisal Summary by Asset Class | 11 |
| Appraisal Detail | 12 |

Effective Date: 3-30-2020
Issue Date: 4-3-2020
IAC Reference No. E1-1127



i



Two Gateway Center, 603 Stanwix St., Pittsburgh, PA 15222
800-245-2718 www.indappr.com

April 3, 2020

Dear Sir:

Industrial Appraisal Company is pleased to submit the results of our valuation without inspection (Desktop) appraisal of Ben's Runs Industrial Park, 160 Industrial Park Road, Friendly, West Virginia 26146.

## Scope of Work

The intended purpose of this summary appraisal report is to provide a professional and independent opinion of the **Forced Liquidation Value and Scrap Value** of the assets appraised to aid in corporate decision making. This appraisal is an appraisal without inspection (desktop) appraisal

The property appraised under this study consists of truck scale, filter presses, air compressor, frac tanks, process tanks, environmental tubs, etc.



## Inspection and Verification

This is valuation study is an appraisal without inspection or "desktop" appraisal. **Inspection and verification of the assets appraised has not occurred.**

## Effective Date

The effective value date is deemed to be **March 30, 2020**.

## Value Defined

**Forced Liquidation Value**- The estimated gross amount, expressed in terms of money, that could typically be realized from a properly advertised and conducted public auction, with the seller being compelled to sell with a sense of immediacy on an as-is, where-is basis, as of a specific date.

**Scrap Value** – The estimated amount, expressed in terms of money that could be realized for the property if it were sold for its material content, not for a productive use, as of a specific date.



## Valuation Methodology

There are three recognized approaches to value: **cost, market (sales comparison) and income (income capitalization)**. All three approaches were considered in the performance of this appraisal, though the appraiser relied on the cost and market approaches in arriving at the appraised values.

### Cost Approach

The cost approach is based on the "Principle of Substitution" and considers the current cost new to reproduce an identical replica of the property being appraised. From this cost estimated, accrued depreciation from all causes (physical, functional and economic) is deducted to arrive at an indication of market value. A variation to this approach is to use a replacement cost estimate where the appraiser develops the current cost new to replace the property with one of a like kind and utility rather than an exact replica. From this estimated cost of the accrued depreciation is deducted to arrive at an indication of market value.

### Market Approach

The market approach, also referred to as the sales comparison approach, is that approach where recent sales and offering prices of similar property are analyzed to arrive at an indication of the most probable selling price of the property being appraised.

### Income Approach

The income approach, or income capitalization approach, in its simplest form is the present worth of the future benefits of ownership. These benefits can include earnings, cost savings, tax deductions, and proceeds from asset dispositions. This approach cannot be reliably applied to individual personal property items under most circumstances. The income approach is generally used to value an aggregation of assets which will generate income for a business enterprise. These assets include, but are not limited to, tangible and intangible assets, working capital and goodwill.

Effective Date: 3-30-2020
Issue Date: 4-3-2020
IAC Reference No. E1-1127

 **Industrial Appraisal**
— COMPANY —

Page 3 of 12

## Valuation Process and Resources

The Direct Method of the Cost Approach was used in limited circumstances where the exact model of the asset could be determined and a replacement cost was available. Research was also conducted by contacting manufacturers' representatives directly to ascertain current replacement models and costs.

For the Market Approach, research was conducted to determine average selling prices of similar equipment on the used market by examining dealer's inventories, referencing our corporate database developed from new and used machinery dealers, and various online publications and pricing guides.

The income approach was considered in this valuation; however, not employed since the entire business entity under this analysis is not being appraised; only the machinery, equipment.

*Containers/Tanks appraised with the assumption they are empty and environmentally clean as per Industrial Appraisal Company contract. Scrap values are based on recycling facilities current market values as of 3-30-2020.

Effective Date: 3-30-2020
Issue Date: 4-3-2020
IAC Reference No. E1-1127

 Industrial Appraisal
— C O M P A N Y —

Page 4 of 12

## Statement of Limiting Conditions

- I have not made a personal inspection of the property that is the subject of this report.

- No investigation has been made to determine title or ownership of the appraised property, and we are assuming no risk for whether these legal ownership positions are correct. Be advised that different ownership legal positions should be addressed in the form of legal counsel to determine whether the scope of services we were retained to provide is indeed that which matches the services needed for this valuation assignment.

- Information provided by others is believed to be reliable but no warranty is given for its accuracy.

- The statements of fact contained in this report are true and correct.

- No allowance has been made for possible liens or encumbrances, which may be against the property appraised.

- The appraisal does not include land, landscaping, buildings, consumable supplies, valuable papers, or intangible assets.

- The fees for this appraisal are not contingent upon values report.

- Neither the appraiser, nor any officer of Industrial Appraisal Company has any financial interest in the appraised property.

- Value conclusions assume that there are no hazardous or toxic substances or other environmental problems associated with the assets appraised.

- It is assumed that there are no hidden or unapparent conditions of the assets, which would render them more or less valuable.

- This report has been prepared for Ben's Run Industrial Park and is intended solely for their use for the purpose described; its use for any other purpose or valuation date may invalidate the appraisal.

- Neither the report nor its contents, nor any reference to the appraiser or our firm, may be included or quoted in any offering circular or registration statement, sales brochure, prospectus, or other agreement or document without our prior written consent.

- Authorization is not allowed for the out-of-context quoting from, or partial reprinting of, this appraisal report.

- By reason of this report, there is no requirement to testify with reference to the property herein appraised, unless arrangements have been previously made.

- This appraisal has been prepared in conformity with the Uniform Standards of Professional Appraisal Practice and Code of Ethics of the American Society of Appraisers.

Effective Date: 3-30-2020
Issue Date: 4-3-2020
IAC Reference No. E1-1127

Industrial Appraisal
—C O M P A N Y—

Page 5 of 12

## Value Conclusion

Based upon the foregoing investigation, analysis and methodology employed, it is the opinion of Industrial Appraisal Company that the values as of March 30, 2020 are:

**FORCED LIQUIDATION VALUE**   -     **$97,980**

**SCRAP VALUE**                       -     **$29,325**

All values contained within this report are given in US Dollars.



## Certification

The undersigned does hereby certify that, to the best of my knowledge and belief:

- The statements of fact contained in this appraisal report are true and correct.

- The reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, unbiased, professional analyses, opinions and conclusions.

- I have no present or prospective interest in the property that is the subject of this report, and have no personal interest or bias with respect to the parties involved.

- I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- My compensation for completing this assignment is not contingent upon development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- My analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice (USPAP) and The Code of Professional Ethics.

- I have not made a personal inspection of the property that is the subject of this report.

- No one provided significant appraisal professional assistance to the appraiser signing this report, unless specifically noted herein.

*Industrial Appraisal Company*



---

David H. Newman, AM
Senior Appraiser

Effective Date: 3-30-2020
Issue Date: 4-3-2020
IAC Reference No. E1-1127

**Industrial Appraisal**
—C O M P A N Y—

Page 7 of 12

## Qualifications

## Key Appraisal Staff



**When Value is Worth Knowing, It's Worth Knowing Industrial**

### Education

- Community College of Beaver County, PA
  Associate Degree in Science
  Associate Degree in Machine Technology
- Master A.S.E. Certification
- Certificate in Computer Machine Control
- American Society of Appraisers Uniform Standards of Professional Appraisal Practice
- American Society of Appraisers Courses MTS 201 through 204

### Professional Affiliations

- Accredited Member (AM) - American Society of Appraisers

## David H. Newman, AM
*Senior Appraiser*

---

Mr. Newman is a Senior Appraiser with the Industrial Appraisal Company and has been serving our clients since 1992. Mr. Newman was designated by the American Society of Appraisers as an Accredited Member. Mr. Newman's responsibilities include appraisal system development, client liaison, project planning, appraisal quality control, and report review. His tenure at Industrial Appraisal Company has included the planning, management, and execution of numerous property appraisal projects for public and private sector clients, educational, governmental entities, and health care.

Mr. Newman possesses significant technical expertise in the procedures and methodologies used to value machinery & equipment, buildings & building services, infrastructure, and land improvements. He possesses a practical knowledge and understanding of Generally Accepted Accounting Principles (GAAP); Government Accounting, Auditing, and Financial Reporting (GAAFR); Governmental Accounting Standards Board Statement 34; Financial Accounting Standards (FAS) and various other audit concerns related to capital asset reporting. Mr. Newman is also experienced in providing insurance placement and proof-of-loss information to our clients to assist in addressing their insurance reporting needs.

Mr. Newman is responsible for the appraisal of buildings, machinery and equipment for industrial, commercial, financial, educational and municipal organizations and health care related institutions to establish financial accounting records and market values for acquisition, divestiture, allocation of purchase price, leasing, liquidation, tax, asset-based lending, insurance valuation, and inventory purposes.

Mr. Newman has special expertise in the areas of general machine tools, steel manufacturing and fabrication, chemicals, bottling, plastic manufacturing, food processing, health care, construction, mining, pharmaceuticals, power generation, woodworking and municipal services.

### Project Experience

- County Commissioners Association of Pennsylvania/ Pennsylvania Counties Risk Pool, CCAP/PCoRP, PA
- County Risk Sharing Authority CORSA, OH
- Board of County Commissioners, Beaver, PA
- Altoona Water/Sewer Authority, PA
- Town of Lockport, NY
- Village of Arcade, NY
- Wyoming County Board of Supervisors, NY
- Borough of Hampton, NJ
- City of Carmel-By-The-Sea, CA
- Heidelberg USA
- McClarin Plastics, Inc, PA
- DuCo Ceramic Company, PA
- Lewis Goetz and Company, Inc., PA
- Landis Meat Company, PA
- Everson Electric Company, PA
- Voigt & Schweitzer, Inc., OH
- Timken, Inc., OH
- D'Oranzio Foods, NJ
- Apollo Plastic Corporation, NJ
- Gintzler Graphics, NY
- Cadilac Products Automotive Company, MI
- United Automobile Workers
- Southcorp USA, Inc., GA
- ANCOS, VA
- Blackhawk Foundry and Machine Company, IA
- Arnold Palmer's Bay Hill Country Club, FL
- Pelican Bay Foundation, FL



**Appraisal Asset Class Codes**

030    MACHINERY/SHOP EQUIPMENT




**Appraisal Summary by Building**

| Effective Date | Bldg | Bldg Name | Bldg Address | City | State | Grand Total Forced Liquidation Value | Grand Total Scrap Value |
|---|---|---|---|---|---|---|---|
| 3/30/2020 | 0101 | BEN'S RUNS INDUSTRIAL PARK | 160 INDUSTRIAL PARK ROAD | FRIENDLY | WV | $97,980 | $29,325 |
| | | | | | | $97,980 | $29,325 |

Effective Date: 3-30-2020
Issue Date: 4-3-2020
IAC Reference No: E1-1127



**Appraisal Summary by Asset Class**

| Effective Date | Class Code | Class Description | Grand Total Forced Liquidation Value | Grand Total Scrap Value |
|---|---|---|---|---|
| 3/30/2020 | 030 | MACHINERY/SHOP EQUIPMENT | $97,980 | $29,325 |
| | | | $97,980 | $29,325 |



**Appraisal Detail**

| Bldg | Floor | Room | Class | QTY | Description | Total Forced Liquidation Value | Total Scrap Value |
|------|-------|------|-------|-----|-------------|-------------------------------|-------------------|
| 0101 | T | 9000 | | | THROUGHOUT | | |
| 0101 | T | 9000 | 030 | 1 | B-TEK TRUCK SCALE, MODEL BT-7211-200-FESD-S1.D, #04187613, 3 SECTIONS, WITH DIGITAL READOUT, YEAR 2018 | $12,500 | $1,600 |
| 0101 | T | 9000 | 030 | 1 | FLO-TREND SYSTEMS FILTER PRESS, 135 CUBIC INCH, 1200 MM, WITH 225 PSI LENSER CHAMBER PLATES, YEAR 2018 | $7,500 | $450 |
| 0101 | T | 9000 | 030 | 1 | FLO-TREND SYSTEMS FILTER PRESS, 185 CUBIC INCH, TRAILER MOUNTED, YEAR 2018 | $10,500 | $550 |
| 0101 | T | 9000 | 030 | 1 | INGERSOLL-RAND ROTARY SCREW AIR COMPRESSOR, NO. CBV574225, YEAR 2018, 50 HP, WITH INTEGRAL SOUND ENCLOSURE | $4,800 | $200 |
| 0101 | T | 9000 | 030 | 1 | INGERSOLL-RAND DESICCANT AIR DRYER, MODEL HLA200, YEAR 2018, WITH 2 RECEIVER TANKS | $2,200 | $80 |
| 0101 | T | 9000 | 030 | 3 | FRAC TANKS, YEAR 2010, 20,000 GALLON CAPACITY | $10,500 | $1,980 |
| 0101 | T | 9000 | 030 | 22 | FRAC TANKS, 20,000 GALLON CAPACITY, FRONTS CUTOFF AND CUSTOMIZED, SCRAP ONLY | $14,520 | $14,520 |
| 0101 | T | 9000 | 030 | 30 | E-PAK ENVIRONMENTAL TUBS, 25 YARD CAPACITY | $30,000 | $7,800 |
| 0101 | T | 9000 | 030 | 2 | PROCESS TANKS, 16,000 GALLON CAPACITY, 1/2 ROUND, OPEN TOP | $3,600 | $840 |
| 0101 | T | 9000 | 030 | 3 | PROCESS TANKS, 16,000 GALLON CAPACITY, 1/2 ROUND, OPEN TOP, SCRAP ONLY | $1,260 | $1,260 |
| 0101 | T | 9000 | 030 | 1 | LOT OF 3 - MELMOR SELF-DUMPING HOPPERS, 1/2 YARD CAPACITY | $600 | $45 |

| | $97,980 | $29,325 |
|---|---|---|

Debtor    **Secur O&G LLC**
     Name

Case number *(if known)* _____

description such as Assessor
Parcel Number (APN), and type
of property (for example,
acreage, factory, warehouse,
apartment or office building, if
available.

in property

| | | | |
|---|---|---|---|
| 55.1. | **Ground lease of 5.344 and 2.581 acre tracts, Tyler County, WV. Debtor constructed buildings.** | $0.00 | $200,000.00 |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $200,000.00 |
|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Secur O&G LLC**
<br>Name

Case number *(If known)* _____

---

**Part 12:**   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $36,089.68 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $45,900.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $76,451.67 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $97,980.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................> | | $200,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $258,421.35 | + 91b. $200,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $458,421.35 |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                       Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name      **Secur O&G LLC**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)      _____

☐  Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Fill in this information to identify the case:

Debtor name __Secur O&G LLC__

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Alco Fence of Mid-Ohio Valley**<br>**1162 46th St**<br>**Vienna, WV 26105**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Fence round retention pond__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $4,570.00 |
| **3.2** Nonpriority creditor's name and mailing address<br>**BBU Services of WV, LLC**<br>**PO Box 169**<br>**Kenna, WV 25248**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Transportation__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $45,065.48 |
| **3.3** Nonpriority creditor's name and mailing address<br>**BBU Svc Inc**<br>**Mountain States Environmental LLC**<br>**PO Box 357**<br>**Sardis, OH 45767**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Transportation__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $8,897.50 |
| **3.4** Nonpriority creditor's name and mailing address<br>**Bowles Rice**<br>**600 Quarrier St**<br>**Charleston, WV 25301**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Legal work__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $4,883.85 |

Debtor    **Secur O&G LLC**
_____
          Name                                                    Case number (if known) _____

| | | |
|---|---|---|

**3.5** Nonpriority creditor's name and mailing address

**Brechbuhler Scales**
1424 Scale St SW
Canton, OH 44706

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Scale repairs**

Is the claim subject to offset? ■ No ☐ Yes

$754.45

---

**3.6** Nonpriority creditor's name and mailing address

**Bridgeport Equipment & Tools**
435 West Myles Ave
Pennsboro, WV 26415

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment rentals**

Is the claim subject to offset? ■ No ☐ Yes

$10,539.28

---

**3.7** Nonpriority creditor's name and mailing address

**BSI Well Service**
1734 Raccoon Run Rd
Salem, WV 26426

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Transportation**

Is the claim subject to offset? ■ No ☐ Yes

$77,105.00

---

**3.8** Nonpriority creditor's name and mailing address

**Carper Well Service**
PO Box 273
Reno, OH 45773

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liquid disposal**

Is the claim subject to offset? ■ No ☐ Yes

$8,752.82

---

**3.9** Nonpriority creditor's name and mailing address

**Casey General Industries**
8 Cramer Rd
Tabernacle, NJ 08088

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tent building**

Is the claim subject to offset? ■ No ☐ Yes

$20,250.00

---

**3.10** Nonpriority creditor's name and mailing address

**Cedar Mountain Environmental Inc**
2028 Fort Union Blvd Ste 102
Salt Lake City, UT 84121

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Container rentals**

Is the claim subject to offset? ■ No ☐ Yes

$77,436.00

---

**3.11** Nonpriority creditor's name and mailing address

**Central Environmental Services, LLC**
PO Box 1366
Parkersburg, WV 26102

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Water disposal**

Is the claim subject to offset? ■ No ☐ Yes

$136,378.32

Debtor   **Secur O&G LLC**
      Name                                 Case number (if known) _____

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,088.37** |

**Cintas**
PO Box 630910
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Employee uniforms**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148.75** |

**Creative One**
5845 Alderson St #12
Pittsburgh, PA 15217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business cards**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$880.00** |

**DB Services**
PO Box 775118
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **IT service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.24** |

**De Lage Landen Financial Services**
PO Box 41602
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Copier leasing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$211,674.98** |

**DeepRock Disposal Solutions, LLC**
637 SR 821 Complex 1 Bldg 1
Marietta, OH 45750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Water disposal**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |

**Dept. of Environment Protection**
Division of Water & Waste Mgmt
PO Box 364
Charleston, WV 25322

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Permit fee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,895.00** |

**Dominion Energy West Virginia**
PO Box 26783
Richmond, VA 23261

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Alleged overpayment**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                            Best Case Bankruptcy

Debtor  **Secur O&G LLC** _____                Case number (if known) _____
　　　　　　Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,268.25** |
|---|---|---|---|

**E-Tank Ltd**
**3150 Millennium Blvd SE**
**Massillon, OH 44646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Container rentals**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,458.68** |
|---|---|---|---|

**EP Minerals LLC**
**PO Box 530422**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Water reduction supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$910.00** |
|---|---|---|---|

**ET 360 Transportation**
**63 Pallet St**
**Bridgeport, WV 26330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Transportation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,897.50** |
|---|---|---|---|

**ET Energy Transportation**
**PO Box 430**
**Bridgeport, WV 26330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Transportation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$270.91** |
|---|---|---|---|

**Fire Extinguisher Specialists**
**PO Box 48**
**Marietta, OH 45750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$291,632.31** |
|---|---|---|---|

**Fountain Quail Energy Service**
**PO Box 634**
**Jane Lew, WV 26378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Water disposal**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300,000.24** |
|---|---|---|---|

**Hall Drilling LLC**
**1137 E Washington Ave**
**Ellenboro, WV 26346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Transportation & disposal**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Secur O&G LLC | | Case number (if known) |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,033.50 |
|---|---|---|---|

**Henthorn Environmental Services**
PO Box 599
Saint Albans, WV 25177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Storm water permit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,154.80 |
|---|---|---|---|

**HYG Financial**
PO Box 14545
Des Moines, IA 50306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Equipment rentals**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,463,480.68 |
|---|---|---|---|

**Legacy Texas Bank**
5949 Sherry Lane Ste 600
Dallas, TX 75225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liabililty as guarantor of revolving credit note of Secur LPT LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,003.36 |
|---|---|---|---|

**Marietta Occupational Health**
401 Matthew St
Marietta, OH 45750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Employee drug testing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $917.89 |
|---|---|---|---|

**Master Pumps & Equipment**
PO Box 678483
Dallas, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Pump purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,899.22 |
|---|---|---|---|

**Mon Power**
76 South Main St
Akron, OH 44308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,707.66 |
|---|---|---|---|

**Mustang Aerial Crane Service**
PO Box 250
Reno, OH 45773

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Crane rental**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Secur O&G LLC**

Name                                                                Case number (if known) _____

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,143.59 |

**Mustang Extreme Environ Serv, LLC**
5049 Edwards Ranch Rd Ste 200
Fort Worth, TX 76109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Crane rental**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.00 |

**Pace Analytical Services**
PO Box 684056
Chicago, IL 60695

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lab testing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,404.67 |

**PacTec, Inc**
12365 Hayes St
Clinton, LA 70722

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Purchase of container liners**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,120.00 |

**Patterson Specialty Services LLC**
750 Baird Ave SE
Paris, OH 44669

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Hardware store purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,480.53 |

**Perkins Supply**
2966 Northwest Tpke
Pennsboro, WV 26415

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Hardware store purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $372,321.34 |

**PermaFix Environmental Svcs**
c/o PNC Bank
PO Box 676390
Dallas, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Onsite lab services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,028.50 |

**Precision International**
23 Sardis Rd
Asheville, NC 28806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Container repair**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Secur O&G LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,500.25 |
|---|---|---|---|

**Quantum Environmental**
63 Pallet St
Bridgeport, WV 26330

Date(s) debt was incurred _
Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Water transportation

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,404.79 |
|---|---|---|---|

**Redbird Development**
11565 State Route 676
Vincent, OH 45784

Date(s) debt was incurred _
Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Water disposal

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,556.50 |
|---|---|---|---|

**Rosen Enterprises LLC**
51021 State Route 26
Beallsville, OH 43716

Date(s) debt was incurred _
Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Container rentals

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,414.40 |
|---|---|---|---|

**Ryan Environmental Transport**
5793 W Veterans Memorial Hwy Ste 101
Bridgeport, WV 26330

Date(s) debt was incurred _
Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Roll-off truck & driver

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306,669.15 |
|---|---|---|---|

**Sahara/Springs**
110 James St
Hinton, WV 25951

Date(s) debt was incurred _
Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Decanter leasing

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,335.80 |
|---|---|---|---|

**Scanlon Fiber Optics LLC1251 Berryman Av**

Bethel Park, PA 15102

Date(s) debt was incurred _
Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Cable installation

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,206.88 |
|---|---|---|---|

**Solid Waste Services of WV, Inc.**
PO Box 7190
Audubon, PA 19407

Date(s) debt was incurred _
Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Trash removal

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Secur O&G LLC | | Case number (if known) | |
|--------|---------------|--|------------------------|--|
| | Name | | | |

| 3.47 | Nonpriority creditor's name and address | As of the petition filing date, the claim is: Check all that apply. | $108,015.00 |
|------|------------------------------------------|-------------------------------------------------------------------|-------------|
| | **Solo Construction, LLC**<br>PO Box 544<br>**Saint Marys, WV 26170** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Solids transportation for disposal**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108,533.41 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------------|
| | **Southeastern Equipment Co Inc**<br>PO Box 536<br>**Cambridge, OH 43725** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Equipment rental & repairs**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,750.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|
| | **Sterner Consulting Inc**<br>714 Caspian Ave<br>**Cape May, NJ 08204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Consultant for sale of company**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,785.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|------------|
| | **Steve Simpson Family Ltd**<br>PO Box 540<br>**Brookeland, TX 75931** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Property lease**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,050.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|------------|
| | **Sugarcreek Shavings LLC**<br>3121 Winklepeck Rd NW<br>**Sugarcreek, OH 44681** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Sawdust purchase**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,710.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|------------|
| | **Summit Environmental Services, LLC**<br>PO Box 263<br>**Belmont, WV 26146** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Solids transportation**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108,642.68 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------------|
| | **Summit Transport & Environmental Inc**<br>PO Box 746<br>**Weston, WV 26452** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Solids transportation**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Secur O&G LLC**
_____
Name

Case number (if known) _____

| 3.54 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**Total Equipment Company**
400 Fifth Ave
Coraopolis, PA 15108

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,642.28**

---

| 3.55 | Nonpriority creditor's name and mailing address |
|---|---|

**Tri-State Petroleum Corp**
PO Box 4006
Wheeling, WV 26003

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fuel purchase**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,689.05**

---

| 3.56 | Nonpriority creditor's name and mailing address |
|---|---|

**Tyler County PSD**
PO Box 138
Friendly, WV 26146

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

**$355.07**

---

| 3.57 | Nonpriority creditor's name and mailing address |
|---|---|

**Uline**
PO Box 88741
Chicago, IL 60680

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Barcode label purchase**

Is the claim subject to offset? ■ No  ☐ Yes

**$199.21**

---

| 3.58 | Nonpriority creditor's name and mailing address |
|---|---|

**Unifirst**
Attn:  Accounts Receivable
3 Progress Way
Clarksburg, WV 26301

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee uniforms**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,405.42**

---

| 3.59 | Nonpriority creditor's name and mailing address |
|---|---|

**United Healthcare**
UHS Premium Billing
PO Box 94017
Palatine, IL 60094

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee benefit**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,605.27**

---

| 3.60 | Nonpriority creditor's name and mailing address |
|---|---|

**United Rentals (North America), Inc**
PO Box 100711
Atlanta, GA 30384

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Container rentals**

Is the claim subject to offset? ■ No  ☐ Yes

**$122,332.13**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor   Secur O&G LLC _____   Case number (if known) _____
      Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159.00 |
|---|---|---|---|

**3.61** Nonpriority creditor's name and mailing address
**Universal Registered Agents, Inc.**
PO Box 23788
Overland Park, KS 66283

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional service**

Is the claim subject to offset? ☐ No ☐ Yes

$159.00

---

**3.62** Nonpriority creditor's name and mailing address
**Verizon Wireless**
PO Box 25505
Lehigh Valley, PA 18002

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cell phone**

Is the claim subject to offset? ■ No ☐ Yes

$46.65

---

**3.63** Nonpriority creditor's name and mailing address
**Vision Financial Group, Inc**
615 Iron City Dr
Pittsburgh, PA 15205

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment rentals**

Is the claim subject to offset? ■ No ☐ Yes

$5,320.16

---

**3.64** Nonpriority creditor's name and mailing address
**WaterLogic**
PO Box 677867
Dallas, TX 75267

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Water filtration**

Is the claim subject to offset? ■ No ☐ Yes

$2,146.50

---

**3.65** Nonpriority creditor's name and mailing address
**Wetzel County Landfill**
PO Box 7190
Audubon, PA 19407

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landfill solids disposal**

Is the claim subject to offset? ■ No ☐ Yes

$286,997.67

---

**3.66** Nonpriority creditor's name and mailing address
**William Burns**
24 N Pineview Dr
Parkersburg, WV 26104

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee expense report**

Is the claim subject to offset? ■ No ☐ Yes

$39.24

---

**3.67** Nonpriority creditor's name and mailing address
**Williams Scotsman Inc**
PO Box 91975
Chicago, IL 60693

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Office trailer rentals**

Is the claim subject to offset? ■ No ☐ Yes

$47,598.27

---

| Debtor | Secur O&G LLC | | Case number (if known) | |
|--------|---------------|--|------------------------|--|
| | Name | | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$823.90** |
|------|-----|-----|-----|

**WV Hotspot**
37184 Mound St 3rd Fl
Sardis, OH 43946

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Hotspot WiFi**

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--|--|--|--|
| 4.1 | **BNN Water Solutions**<br>c/o Gregory D. Brunton, Esq.<br>41 S High St Ste 2495<br>Columbus, OH 43215 | Line **3.11**<br><br>☐   Not listed. Explain ____ | |
| 4.2 | **D. Luke Thomas, Esq.**<br>Jackson Kelly<br>45 Professional Pl<br>Bridgeport, WV 26330 | Line **3.7**<br><br>☐   Not listed. Explain ____ | _ |
| 4.3 | **Eric Frye, Esq.**<br>500 Lee St E<br>Charleston, WV 25301 | Line **3.2**<br><br>☐   Not listed. Explain ____ | _ |
| 4.4 | **John Burnworth, Esq.**<br>3711 Whipple Ave NW Unit 1<br>Canton, OH 44718 | Line **3.19**<br><br>☐   Not listed. Explain ____ | _ |
| 4.5 | **Julian Neiser, Esq.**<br>Spilman Thomas<br>301 Grant St<br>Pittsburgh, PA 15219 | Line **3.33**<br><br>☐   Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|--|--|--|--|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 5,568,876.35 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 5,568,876.35 |

Fill in this information to identify the case:

Debtor name    **Secur O&G LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest | **Debtor leases 5.344 and 2.581 of surface in Tyler County, WV pursuant to January 1, 2018. Lease to be assumed by third party as part of Chapter 11 plan with no liability to debtor** |
| State the term remaining | |
| List the contract number of any government contract | **Stephen Simpson Entities** <br> **PO Box 540** <br> **Brookeland, TX 75931** |

Fill in this information to identify the case:

Debtor name __Secur O&G LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF WEST VIRGINIA__

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | CCP - Secur Holdings, LLC | 3333 Welborn St Ste 301 Dallas, TX 75219 | Legacy Texas Bank | ☐ D _____ ■ E/F __3.28__ ☐ G _____ |
| 2.2 | Secur LPT LLC | 409 Broad St Ste 250 Sewickley, PA 15143 | Legacy Texas Bank | ☐ D _____ ■ E/F __3.28__ ☐ G _____ |
| 2.3 | Secure Holdings, Inc. | 409 Broad St Ste 250 Sewickley, PA 15143 | Legacy Texas Bank | ☐ D _____ ■ E/F __3.28__ ☐ G _____ |

## United States Bankruptcy Court
### Southern District of West Virginia

In re **Secur O&G LLC** _____

_____  Debtor(s)

Case No. _____

Chapter **11** _____

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

   1. Gross Income For 12 Months Prior to Filing:    $ *See Statement of Affairs Part 1 question 1*

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

   2. Gross Monthly Income    $ _____ 0.00

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor)    $ | 0.00 |
| 4. Payroll Taxes | 0.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 0.00 |
| 7. Other Taxes | 0.00 |
| 8. Inventory Purchases (Including raw materials) | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 0.00 |
| 11. Utilities | 0.00 |
| 12. Office Expenses and Supplies | 0.00 |
| 13. Repairs and Maintenance | 0.00 |
| 14. Vehicle Expenses | 0.00 |
| 15. Travel and Entertainment | 0.00 |
| 16. Equipment Rental and Leases | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | 0.00 |
| 18. Insurance | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

   DESCRIPTION               TOTAL

21. Other (Specify):

   DESCRIPTION               TOTAL

22. Total Monthly Expenses (Add items 3-21)    $ _____ 0.00

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

   23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)    $ _____ 0.00

Fill in this information to identify the case:

Debtor name        **Secur O&G LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................................    $    **200,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................................    $    **258,421.35**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................    $    **458,421.35**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................................    $    **0.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................    +$    **5,568,876.35**

4.  **Total liabilities** .................................................................................................................
    Lines 2 + 3a + 3b    $    **5,568,876.35**

**Fill in this information to identify the case:**

Debtor name    **Secur O&G LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐   Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ▮    Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/27/20     X _____
                               Signature of individual signing on behalf of debtor

                               **Tim Wegener**
                               Printed name

                               **Manager**
                               Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **Secur O&G LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2020 to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $1,462,426.19 |
| **For prior year:**<br>From 1/01/2019 to 12/31/2019 | ■ Operating a business<br>☐ Other  _____ | $7,896,207.51 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Secur O&G LLC**                                    Case number *(if known)*

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **See attached** | | | **$86,943.08** |
| | Last 4 digits of account number: _____ | | |

---

**Part 3:**   **Legal Actions or Assignments**

---

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **E Tank Ltd v. Secur O&G, LLC**<br>**2020CV00747** | | **Common Please Court**<br>**Stark County Ohio**<br>**OH** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **BNN Water Solutions v. Secur O&G, LLC**<br>**2:20-cv-02277** | | **US Sourthern District Court of Ohio**<br>**OH** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Benedum and Sons Inc. d/b/a BSI Well Service**<br>**20-C-14 H** | | **Circuit Court of Tyler County**<br>**WV** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

---

Form 7 Payments to Creditors Last 90 Days.xlsx    Form 7 Payments

5/20/2020

| SECUR O&G, LLC Bill Payments for All Vendors March 19 through May 20, 2020 Form 7: Payment to Creditors last 90 days | | | | | |
|---|---|---|---|---|---|
| **Vendor** | **Type** | **Num** | **Date** | **Amount** | |
| **Mar 19 - May 20, 20** | | | | | |
| SECUR O&G | Bill Pmt -Check | 258 | 04/20/2020 | $ | 1,856.29 |
| Hall Drilling | Bill Pmt -Check | HallACH323 | 03/23/2020 | $ | 3,130.00 |
| Hall Drilling | Bill Pmt -Check | HallACH 413 | 04/13/2020 | $ | 2,500.00 |
| CDI Office Technologies | Bill Pmt -Check | 1257 | 03/20/2020 | $ | 718.03 |
| De Lage Landen Financial Services | Bill Pmt -Check | 1258 | 03/20/2020 | $ | 392.12 |
| Mariah Kay Harrison | Bill Pmt -Check | 1259 | 03/20/2020 | $ | 271.22 |
| Mon Power | Bill Pmt -Check | 1260 | 03/20/2020 | $ | 7,969.83 |
| Tyler County | Bill Pmt -Check | 1261 | 03/20/2020 | $ | 1,088.11 |
| Charles J. Hinton II | Bill Pmt -Check | 1262 | 04/01/2020 | $ | 29.43 |
| Melissa Adams | Bill Pmt -Check | 1263 | 04/01/2020 | $ | 282.70 |
| Monty R. Shell | Bill Pmt -Check | 1264 | 04/01/2020 | $ | 171.52 |
| Tyler C. Mossor | Bill Pmt -Check | 1265 | 04/01/2020 | $ | 29.43 |
| United Healthcare | Bill Pmt -Check | 1266 | 04/01/2020 | $ | 3,152.96 |
| US Premium Finance | Bill Pmt -Check | 1267 | 04/01/2020 | $ | 7,048.69 |
| Verizon | Bill Pmt -Check | 1268 | 04/01/2020 | $ | 125.83 |
| Mariah Kay Harrison | Bill Pmt -Check | 1269 | 04/21/2020 | $ | 77.07 |
| Monty R. Shell | Bill Pmt -Check | 1270 | 04/21/2020 | $ | 142.14 |
| Pepper & Nason | Bill Pmt -Check | 1271 | 05/13/2020 | $ | 10,000.00 |
| United Healthcare | Bill Pmt -Check | 1272 | 05/14/2020 | $ | 3,605.27 |
| Redbird | Bill Pmt -Check | Offset4920 | 04/09/2020 | $ | 23,200.96 |
| US Premium Finance | Bill Pmt -Check | Draft32020 | 03/20/2020 | $ | 7,053.89 |
| WV HotSpot | Bill Pmt -Check | ACH033020 | 03/30/2020 | $ | 823.90 |
| Contractor Transport, LLC | Bill Pmt -Check | ACH041420 | 04/14/2020 | $ | 4,620.00 |
| WV Dept of State | Bill Pmt -Check | ACH41620 | 04/16/2020 | $ | 1,527.68 |
| C&L Enterprise | Bill Pmt -Check | Offset42120 | 04/21/2020 | $ | 3,841.25 |
| Contractor Transport, LLC | Bill Pmt -Check | ACH42720 | 04/27/2020 | $ | 3,630.00 |
| **Mar 19 - May 20, 20** | | | | $ | **87,288.12** |
| | | | | | |
| Net Total over $600.00 | | | | $ | **86,943.08** |

Debtor   **Secur O&G LLC**                                 Case number *(if known)* _____

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
    the gifts to that recipient is less than $1,000

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. Payments related to bankruptcy
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing
    of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy
    relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Pepper & Nason**<br>**8 Hale Street**<br>**Charleston, WV 25301** | | 5/15/20 | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Pepper & Nason**<br>**8 Hale Street**<br>**Charleston, WV 25301** | | 5/20/20 | **$9,717.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor  **Secur O&G LLC**                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | Pepper & Nason<br>8 Hale Street<br>Charleston, WV 25301 | | 5/ /20 | $10,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **Secur O&G LLC**                                    Case number *(if known)*  _____

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

  ■ No. Go to Part 10.
  ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

  ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

  ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

  ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

  ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| Sahara/Springs<br>110 James St<br>Hinton, WV 25951 | 160 Industrial Park Rd<br>Friendly, WV 26146 | Decanter | $525,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| Vision Financial Group, Inc<br>615 Iron City Dr<br>Pittsburgh, PA 15205 | 160 Industrial Park Rd<br>Friendly, WV 26146 | Snorkle | $50,672.47 |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor    **Secur O&G LLC**                                          Case number *(if known)*

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
        ☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Clifford J. Bright, CFO** 409 Broad St Ste 250 Sewickley, PA 15143 | **4/1/2018 thru present** |
| 26a.2. | **Karen Schivo** 2579 Cole Rd Wexford, PA 15090 | 9/24/2018 to 1/31/2020 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **Secur O&G LLC** | Case number *(if known)* |
|---|---|---|

| | Name and address | | Date of service From-To |
|---|---|---|---|
| 26b.1. | **Brunner Blackstone & Assoc.**<br>**401 Smith Dr Ste 140**<br>**Cranberry Twp, PA 16066** | | **1/1/2018 to**<br>**12/31/2018** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Clifford J. Bright, CFO**<br>**409 Broad St Ste 250**<br>**Sewickley, PA 15143** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **Legacy Texas Bank**<br>**5949 Sherry Lane Ste 600**<br>**Dallas, TX 75225** |

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | **Stephanie Boice** | **2/29/2020** | **$47,999.38** |

Name and address of the person who has possession of inventory records

**Clifford J. Bright, CFO**
**409 Broad St Ste 250**
**Sewickley, PA 15143**

| | Name | Date | Amount |
|---|---|---|---|
| 27.2 | **Stephanie Boice** | **3/31/2020** | **$38,494.16** |

Name and address of the person who has possession of inventory records

**Clifford J. Bright, CFO**
**409 Broad St Ste 250**
**Sewickley, PA 15143**

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Debtor   **Secur O&G LLC**                                          Case number *(if known)*

---

☐  No
■  Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| John Evanko | 221 Whetherburn Dr Wexford, PA 15090 | Manager/Member | 2019 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jennifer Evanko | 221 Whetherburn Dr Wexford, PA 15090 | Manager/Member | 2019 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■  No
☐  Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐  No
■  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Secur LPT, LLC | EIN:     82-3263428 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■  No
☐  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/27/20

_____                    **Tim Wegener**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Manager**

---

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of West Virginia

In re **Secur O&G LLC**

Debtor(s)

Case No. _____

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................ $ _____**28,000.00**

    Prior to the filing of this statement I have received ...................................... $ _____**28,000.00**    *includes filing fee*

    Balance Due ................................................................................ $ _____**0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

5·29·2020

Date

**Andrew S. Nason**
*Signature of Attorney*
**Pepper and Nason**
**8 Hale St**
**Charleston, WV 25301**
**304-346-0361  Fax:  304-346-1054**
**tinas@peppernason.com**
*Name of law firm*

---

Alco Fence of Mid-Ohio Valley
1162 46th St
Vienna, WV 26105


BBU Services of WV, LLC
PO Box 169
Kenna, WV 25248


BBU Svc Inc
Mountain States Environmental LLC
PO Box 357
Sardis, OH 45767


BNN Water Solutions
c/o Gregory D. Brunton, Esq.
41 S High St Ste 2495
Columbus, OH 43215


Bowles Rice
600 Quarrier St
Charleston, WV 25301


Brechbuhler Scales
1424 Scale St SW
Canton, OH 44706


Bridgeport Equipment & Tools
435 West Myles Ave
Pennsboro, WV 26415


BSI Well Service
1734 Raccoon Run Rd
Salem, WV 26426


Carper Well Service
PO Box 273
Reno, OH 45773


Casey General Industries
8 Cramer Rd
Tabernacle, NJ 08088


CCP - Secur Holdings, LLC
3333 Welborn St Ste 301
Dallas, TX 75219

Cedar Mountain Environmental Inc
2028 Fort Union Blvd Ste 102
Salt Lake City, UT 84121


Central Environmental Services, LLC
PO Box 1366
Parkersburg, WV 26102


Cintas
PO Box 630910
Cincinnati, OH 45263


Creative One
5845 Alderson St #12
Pittsburgh, PA 15217


D. Luke Thomas, Esq.
Jackson Kelly
45 Professional Pl
Bridgeport, WV 26330


DB Services
PO Box 775118
Chicago, IL 60677


De Lage Landen Financial Services
PO Box 41602
Philadelphia, PA 19101


DeepRock Disposal Solutions, LLC
637 SR 821 Complex 1 Bldg 1
Marietta, OH 45750


Dept. of Environment Protection
Division of Water & Waste Mgmt
PO Box 364
Charleston, WV 25322


Dominion Energy West Virginia
PO Box 26783
Richmond, VA 23261


E-Tank Ltd
3150 Millennium Blvd SE
Massillon, OH 44646

EP Minerals LLC
PO Box 530422
Atlanta, GA 30353


Eric Frye, Esq.
500 Lee St E
Charleston, WV 25301


ET 360 Transportation
63 Pallet St
Bridgeport, WV 26330


ET Energy Transportation
PO Box 430
Bridgeport, WV 26330


Fire Extinguisher Specialists
PO Box 48
Marietta, OH 45750


Fountain Quail Energy Service
PO Box 634
Jane Lew, WV 26378


Hall Drilling LLC
1137 E Washington Ave
Ellenboro, WV 26346


Henthorn Environmental Services
PO Box 599
Saint Albans, WV 25177


HYG Financial
PO Box 14545
Des Moines, IA 50306


John Burnworth, Esq.
3711 Whipple Ave NW Unit 1
Canton, OH 44718


Julian Neiser, Esq.
Spilman Thomas
301 Grant St
Pittsburgh, PA 15219

Legacy Texas Bank
5949 Sherry Lane Ste 600
Dallas, TX 75225


Marietta Occupational Health
401 Matthew St
Marietta, OH 45750


Master Pumps & Equipment
PO Box 678483
Dallas, TX 75267


Mon Power
76 South Main St
Akron, OH 44308


Mustang Aerial Crane Service
PO Box 250
Reno, OH 45773


Mustang Extreme Environ Serv, LLC
5049 Edwards Ranch Rd Ste 200
Fort Worth, TX 76109


Pace Analytical Services
PO Box 684056
Chicago, IL 60695


PacTec, Inc
12365 Hayes St
Clinton, LA 70722


Patterson Specialty Services LLC
750 Baird Ave SE
Paris, OH 44669


Perkins Supply
2966 Northwest Tpke
Pennsboro, WV 26415


PermaFix Environmental Svcs
c/o PNC Bank
PO Box 676390
Dallas, TX 75267

Precision International
23 Sardis Rd
Asheville, NC 28806


Quantum Environmental
63 Pallet St
Bridgeport, WV 26330


Redbird Development
11565 State Route 676
Vincent, OH 45784


Rosen Enterprises LLC
51021 State Route 26
Beallsville, OH 43716


Ryan Environmental Transport
5793 W Veterans Memorial Hwy Ste 101
Bridgeport, WV 26330


Sahara/Springs
110 James St
Hinton, WV 25951


Scanlon Fiber Optics LLC1251 Berryman Av
Bethel Park, PA 15102


Secur LPT LLC
409 Broad St Ste 250
Sewickley, PA 15143


Secure Holdings, Inc.
409 Broad St Ste 250
Sewickley, PA 15143


Solid Waste Services of WV, Inc.
PO Box 7190
Audubon, PA 19407


Solo Construction, LLC
PO Box 544
Saint Marys, WV 26170

Southeastern Equipment Co Inc
PO Box 536
Cambridge, OH 43725


Stephen Simpson Entities
PO Box 540
Brookeland, TX 75931


Sterner Consulting Inc
714 Caspian Ave
Cape May, NJ 08204


Steve Simpson Family Ltd
PO Box 540
Brookeland, TX 75931


Sugarcreek Shavings LLC
3121 Winklepeck Rd NW
Sugarcreek, OH 44681


Summit Environmental Services, LLC
PO Box 263
Belmont, WV 26146


Summit Transport & Environmental Inc
PO Box 746
Weston, WV 26452


Total Equipment Company
400 Fifth Ave
Coraopolis, PA 15108


Tri-State Petroleum Corp
PO Box 4006
Wheeling, WV 26003


Tyler County PSD
PO Box 138
Friendly, WV 26146


Uline
PO Box 88741
Chicago, IL 60680

Unifirst
Attn: Accounts Receivable
3 Progress Way
Clarksburg, WV 26301


United Healthcare
UHS Premium Billing
PO Box 94017
Palatine, IL 60094


United Rentals (North America), Inc
PO Box 100711
Atlanta, GA 30384


Universal Registered Agents, Inc.
PO Box 23788
Overland Park, KS 66283


Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002


Vision Financial Group, Inc
615 Iron City Dr
Pittsburgh, PA 15205


WaterLogic
PO Box 677867
Dallas, TX 75267


Wetzel County Landfill
PO Box 7190
Audubon, PA 19407


William Burns
24 N Pineview Dr
Parkersburg, WV 26104


Williams Scotsman Inc
PO Box 91975
Chicago, IL 60693


WV Hotspot
37184 Mound St 3rd Fl
Sardis, OH 43946

# United States Bankruptcy Court
## Southern District of West Virginia

In re   __Secur O&G LLC__                                 Case No. _____

                                   Debtor(s)              Chapter    __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __5/27/20__

Tim Wegener/Manager           _Manager_
Signer/Title